An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE COURT OF APPEALS OF THE STATE OF NEVADA

JUN HUANG INC., A NEVADA
CORPORATION,

     Appellant,

vs.

BAC HOME LOANS SERVICING, LP,
FORM AND TYPE OF ENTITY
UNKNOWN; AND QUALITY LOAN
SERVICE CORPORATION, A
CALIFORNIA CORPORATION,

     Respondents.

No. 65599

**FILED**

FEB 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On September 8, 2014, this court entered an order reinstating briefing because the parties were unable to agree to a settlement of this appeal. Pursuant to that order, the opening brief and appendix were due to be filed by December 8, 2014. After appellant failed to file the opening brief and appendix, this court issued an order on December 22, 2014, allowing appellant 15 days from the date of that order to file and serve the opening brief and appendix or face sanctions, including dismissal of this appeal. Appellant has still failed to file the opening brief and appendix. Accordingly, we conclude that this appeal is abandoned and we

     ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-03597

cc: Hon. Mark R. Denton, District Judge
Joseph Y. Hong
McCarthy & Holthus, LLP/Las Vegas
Akerman LLP/Las Vegas
Eighth District Court Clerk